UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Marilyn Madden

Civil Case # 1:21-cv-06437-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff Marilyn Madden and files this motion to substitute Theresa W. Roberts, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Marilyn Madden filed her Original Complaint on April 7, 2021, in the United States District Court for the Southern District of Ohio. The case was transferred to the United States District Court for the Southern District of Indiana on May 10, 2021.

2. Plaintiff Marilyn Madden died on or about February 21, 2022.

3. On May 5, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 26839. Plaintiff's counsel recently learned of the death of Marilyn Madden after contacting Theresa W. Roberts.

4. Theresa W. Roberts is the proper party plaintiff to substitute for Plaintiff-decedent Marilyn Madden and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party

1

dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Theresa W. Roberts, as the Executor of the Estate of Marilyn Madden, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Theresa W. Roberts, as Executor of the Estate of Marilyn Madden, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Marilyn Madden is now deceased.

7. A proposed Second Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Theresa W. Roberts, as Executor of the Estate of Marilyn Madden, Deceased, as Party Plaintiff for Marilyn Madden; (2) the Court grant leave to file the attached Second Amended Short Form Complaint; Case 1:21-cv-06437-RLY-TAB; and, (3) the Court deem the attached Second Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: May 15, 2025.

        Respectfully Submitted,

        */s/ Ben C. Martin*
        Ben C. Martin, TX Bar No. 13052400
        **Ben Martin Law Group, PLLC**
        3141 Hood Street, Suite 600
        Dallas, TX 75219
        Tel.: (214) 761-6614
        Fax: (214) 744-7590
        bmartin@bencmartin.com

        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Ben C. Martin*
        Ben C. Martin